*Collins, ante,* p. 1143, I would grant Lawson's petition for certiorari to review these issues.

No. 93–629.  ST. HILAIRE *v.* ST. HILAIRE, *ante,* p. 1012;

No. 93–6085.  MCGEE *v.* UNITED STATES, *ante,* p. 1048;

No. 93–6509.  JOHNSON *v.* CITY OF CHEYENNE, WYOMING, ET AL., *ante,* p. 1051;

No. 93–6587.  HARRISON *v.* ROGERS, DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL., *ante,* p. 1053;

No. 93–6603.  MARX *v.* UNITED STATES, *ante,* p. 1018;

No. 93–6616.  COOPER *v.* PAROLE AND PROBATION COMMISSION ET AL., *ante,* p. 1053;

No. 93–6637.  MOSES *v.* O'DEA, WARDEN, *ante,* p. 1054;

No. 93–6686.  HILL *v.* SCHOUBROEK ET AL., *ante,* p. 1055;

No. 93–6733.  JOHNSON *v.* SHILLINGER, WARDEN, ET AL., *ante,* p. 1057;

No. 93–6737.  ZUCKERMAN *v.* UNITED STATES, *ante,* p. 1057;

No. 93–6744.  PIFER *v.* BUNNELL, WARDEN, *ante,* p. 1057;

No. 93–6746.  CRAWFORD *v.* UNITED STATES, *ante,* p. 1057;

No. 93–6789.  WILSON *v.* O'MALLEY ET AL., *ante,* p. 1076;

No. 93–6854.  CORETHERS *v.* ATLAS BONDING CO. ET AL., *ante,* p. 1096;

No. 93–6906.  DUBYAK *v.* SMITH ET AL., *ante,* p. 1096;

No. 93–6948.  IN RE MERIT, *ante,* p. 1039;

No. 93–6992.  CORETHERS *v.* CAPOTS ET AL., *ante,* p. 1098; and

No. 93–7003.  O'NEILL *v.* SHIPLEVY, WARDEN, *ante,* p. 1078. Petitions for rehearing denied.

No. 92–7971.  LOCKETT *v.* MISSISSIPPI (two cases), *ante,* p. 1040;

No. 92–9070.  PAYTON *v.* CALIFORNIA, *ante,* p. 1040; and

No. 93–6431.  BUSH *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 1065.  Petitions for rehearing denied.

JUSTICE BLACKMUN, dissenting.

I would call for a response in each of these cases with a view to granting the petitions for certiorari.  See my dissent in *Callins* v. *Collins, ante,* p. 1143.